UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
JUN 2 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 15 CR 50017 |
| v. | ) Violations: Title 18, United States |
| | ) Code, Sections 922(g)(1) and 924(c); |
| ANTHONY ROSS | ) and Title 21, United States Code, |
| | ) Section 841(a)(1) |

## COUNT ONE

The JULY 2014 GRAND JURY charges:

On or about May 28, 2015, at Rockford, in the Northern District of Illinois, Western Division,

ANTHONY ROSS,

defendant herein, knowingly and intentionally did possess with intent to distribute controlled substances, namely mixtures containing detectable amounts of heroin, a Schedule I Narcotic Drug Controlled Substance, cocaine, a Schedule II Narcotic Drug Controlled Substance, and cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The JULY 2014 GRAND JURY further charges:

On or about May 28, 2015, at Rockford, in the Northern District of Illinois, Western Division,

ANTHONY ROSS,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely:

a Browning 9 mm semi-automatic handgun,
serial number 76C07082, and
a Beretta Model 9000S 9 mm semi-automatic handgun,
serial number SN020249,

which possession was in and affecting foreign and interstate commerce in that the firearm had previously been transported in foreign and interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The JULY 2014 GRAND JURY further charges:

On or about May 28, 2015, at Rockford, in the Northern District of Illinois, Western Division,

ANTHONY ROSS,

defendant herein, in furtherance of a drug trafficking crime, namely the crime charged in Count 1 of this indictment, a crime for which defendant may be prosecuted in a court of the United States, possessed a firearm, namely a Browning 9 mm semi-automatic handgun, serial number 76C07082, and a Beretta Model 9000S 9 mm semi-automatic handgun, serial number SN020249;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The JULY 2014 GRAND JURY further charges:

1.  The allegations contained in Count 2 of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.  As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 2 of the foregoing Indictment,

ANTHONY ROSS,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3.  The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) is a Browning 9 mm semi-automatic handgun, serial number 76C07082.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY